DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH BALDWIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-798

[May 18, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 2020000090CAXMX.

Kenneth Baldwin, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***